**Supreme Court**

No. 2012-332-M.P.

Woonsocket Fire Fighters, IAFF, Local    :
732, AFL-CIO et al.

v.                   :

Lincoln D. Chafee, et al.      :

## O R D E R

For the reasons expressed in our Order issued on this date in <u>Rhode Island Public Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al.</u>, No. 2012-331-M.P., the petition for writ of certiorari is denied.

Entered as an Order of this Court, this **6th** day of **December, 2012**.

By Order,

_____/s/_____

Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**    Woonsocket Fire Fighters, IAFF, Local 732, AFL-CIO et al. v. Lincoln D. Chafee, et al.

**CASE NO:**    No. 2012-332-M.P.

**COURT:**    Supreme Court

**DATE ORDER FILED:**    December 6, 2012

**JUSTICES:**    Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**    N/A – Court Order

**SOURCE OF APPEAL:**    Providence County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Sarah Taft-Carter

**ATTORNEYS ON APPEAL:**

For Plaintiffs:   Marc B. Gursky, Esq.

For Defendants:
John A. Tarantino, Esq.
James R. Lee, Department of Attorney General
Rebecca T. Partington, Department of Attorney General